**DEPARTMENT of Rehabilitation & Correction**

# Order of Hold

**Adult Parole Authority**
4545 Fisher Road, Suite D
Columbus, Ohio 43228

To:  Shelby County Jail

County or City:  Shelby

Issue Date:  10/24/2025

Offender Name:  Paul Eugene Allen

You are authorized by 2951.08 or 2967.15 of the Revised Code of Ohio, to arrest and hold the above offender without a warrant. This individual is under the supervision of the Adult Parole Authority and has violated or is violating a term or condition of a conditional pardon, parole, transitional control, treatment transfer, post-release control, community control or other authorized release. Upon arrest, this person is required to be held in custody until a determination is made regarding status.

| | |
|---|---|
| Offender's Number: A308052 | Offender's SSN: 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 |
| Offender's DOB: 6/12/1971 | Offender's FBI #: 130303RA1 |
| Offender's BCI#: B431255 | Sex: Male  •  Race: African American |
| Adult Parole Authority Officer: Noah Nietz | Officer Email: noah.nietz@drc.ohio.gov |
| Office Phone: (937) 974-6312 | Fax: |

DRC 3064 (Rev 03/19)