**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CASE NO. 3:25-CR-069-MJN-2** |
| **Plaintiff** | |
| | |
| **v.** | **JUDGE: NEWMAN** |
| | |
| **PAUL ALLEN** | **MOTION TO WITHDRAW** |
| **Defendant** | **AS COUNSEL OF RECORD** |

Now comes the Defendant, **Paul Allen**, by and through Counsel, and hereby respectfully moves this Honorable Court for Attorney Christopher M. Fogt to be withdrawn as Counsel of Record pursuant to Local Rule 83.4.

Mr. Allen is no longer satisfied with Counsel herein. At this juncture, there has been a breakdown in effective communication between Counsel and Mr. Allen. The attorney-client relationship is also irreparably broken.

Mr. Allen requests to be appointed another attorney from the CJA panel. Mr. Allen will not be prejudiced by appointing new counsel, nor will the Government as this matter is not set for trial until January 19, 2027.

WHEREFORE, Defendant, Paul Allen moves the Court to withdraw Attorney Christopher M. Fogt as counsel of record in this matter.

1

2

Respectfully submitted:

/s/ Christopher M. Fogt

_____

FOGT LAW OFFICE
Christopher M. Fogt #0083709
Attorney for Defendant
5335 Far Hills Ave., Suite 302
Dayton, Ohio 45429
(937) 254-2600 FAX (937) 254-5911
christopherfogt@fogtlaw.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing motion was served electronically upon the AUSA on the date of filing herein.

/s/ Christopher M. Fogt

_____

Christopher M. Fogt #0083709