**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CASE NO. 3:25-CR-069-MJN-2** |
|     **Plaintiff** | |
| | |
| **v.** | **JUDGE: NEWMAN** |
| | |
| **PAUL ALLEN** | **ENTRY GRANTING** |
|     **Defendant** | **MOTION TO WITHDRAW** |
| | **AS COUNSEL OF RECORD** |

This matter came before this Honorable Court upon the Motion to Withdraw as Counsel of Record as filed by Attorney Christopher M. Fogt on behalf of the Defendant, Paul Allen.

For good cause shown, IT IS HEREBY ORDERED that Christopher M. Fogt is removed as Attorney of Record for the Defendant, Paul Allen, in the above captioned case and new counsel from the CJA panel will be appointed to represent the Defendant.

**IT IS SO ORDERED AND APPROVED**:

_____

**HONORABLE JUDGE**