Dear Judge Michael J. Newman,



I respectfully request that the Court consider appointing new counsel in my case.

I have serious concerns regarding my current attorney's representation. There has been a breakdown in communication, and I do not believe my concerns are being adequately addressed. I have repeatedly requested that certain motions be considered and that potentially important evidence, including affidavits and witness statements, be investigated, but these requests have not been pursued.

I understand that strategic decisions are generally made by counsel; however, I feel unable to effectively communicate with my attorney regarding my defense. This has caused me to lose confidence in counsel's ability to represent my interests which is causing a conflict of interests.

In addition, I have been waiting 10 months to review and understand the evidence and discovery that supports the allegations against me. I continue to have concerns regarding the lack of communication about the evidence in my case and the limited discussion regarding discovery and potential defenses.

I am not seeking delay of these proceedings. I am simply requesting representation with whom I can communicate effectively and who will fully investigate matters that may be relevant to my defense.

For these reasons, I respectfully ask the Court to conduct a hearing regarding counsel and consider appointing substitute counsel.

3: 25-CR-69-2
MOTION for
new counsel
Pro Se

Thank you for your time and consideration.

Respectfully submitted,

Paul E. Allen

6/22/2026

Paul E. Miller
109 Stafford Ave.
Dayton, OH 45405



Retail

UNITED STATES
POSTAL SERVICE ®

RDC 99

45402

U.S. POSTAGE
FCM LG ENV
DAYTON, OH 4
JUN 25, 2026
$1.63
S2322H500777

Judge Michael Newman
200 W. Second St
Dayton, OH 45402