UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

       Plaintiff,

vs.

PAUL ALLEN,

       Defendant.

Case No. 3:25-cr-69-2

District Judge Michael J. Newman

---

**ORDER: (1) GRANTING THE GOVERNMENT'S ORAL, UNOPPOSED MOTION TO HOLD DEFENDANT'S MOTION TO SEVER IN ABEYANCE (Doc. No. 45); (2) GRANTING THE GOVERNMENT'S MOTION TO REVOKE DEFENDANT'S FURLOUGH; (3) DIRECTING THE UNITED STATES MARSHALS SERVICE TO IMMEDIATELY PLACE A FEDERAL DETAINER ON DEFENDANT; (4) ORDERING THE GOVERNMENT TO PROMPTLY PRODUCE DISCOVERY AS REQUIRED UNDER THE FEDERAL RULES OF CRIMINAL PROCEDURE AND APPLICABLE LAW; AND (5) SETTING A TELEPHONE STATUS CONFERENCE ON AUGUST 13, 2026 AT 4:30 P.M.**

---

On July 29, 2026, the Court held a telephone status conference.  AUSA Kelly Rossi appeared on behalf of the Government; attorney Dennis Lieberman appeared on behalf of Defendant.  During the conference, counsel informed the Court that Defendant is currently being held in Lorain County in state custody rather than in the Shelby County Jail in federal custody, which the Court had ordered.  The Court then heard oral argument from both sides as to the Government's motion to revoke Defendant's furlough.  Doc. No. 43.  Further, the Court and the parties discussed scheduling matters and discovery disclosure, given that Mr. Lieberman is new to the case.  The Government then made an oral, unopposed motion to hold the pending motion to sever in abeyance.  Doc. No. 45.

Having been apprised of the case status and for good cause shown, the Court hereby **GRANTS** the Government's oral motion and **HOLDS IN ABEYANCE** the motion to sever to allow new defense counsel time to review discovery and discuss the motion with Defendant.  Doc. No. 45.

Additionally, though the Court's previous Order granting furlough was self-executing, *see* Doc. No. 40 at PageID 172, and though a furlough, by definition, means only a temporary placement, the Court **GRANTS** the motion to revoke Defendant's furlough.  Doc. No. 43.  Thus, the United States Marshals Service **SHALL IMMEDIATELY PLACE** a federal detainer on Defendant to secure his return to federal custody—without release into the community—once he serves his state sentence or otherwise resolves his state PRC violation.  **Under no circumstances shall Defendant be released from custody and into the community unless both his state PRC violation and federal sentence are resolved and/or served.**

Further, the Court anticipates the Government will produce all discovery as required by the Federal Rules of Criminal Procedure and all other applicable law at the appropriate time.  *See Brady v. Maryland,* 373 U.S. 83 (1963).  This means, as a practical matter, that the Government **SHALL PROMPTLY PRODUCE** for Defendant's new counsel all discovery in this case.  The burden to produce all discovery anew rests with the Government.  *Id.* at 86.  Prior counsel, attorney Christopher Fogt, shall return to the Government, in a timely manner, all discovery he previously received from the Government.  Should Defendant have any concerns about the Government's discovery production in this case, the Court will hear those concerns upon Defendant's filing of a subsequent motion detailing alleged deficiencies

Finally, the Court **SETS** a telephone conference on **August 13, 2026 at 4:30 P.M.** before Judge Newman.  To join the Zoom teleconference, counsel and participants shall call 1-646-828

7666.  Three steps are then needed to log into the Zoom teleconference: 1) enter the Meeting ID:

160 363 3497 and #; 2) Press # (again) to join as a participant; and 3) enter the Passcode: 098 663

and #.  If you have any difficulties joining the teleconference, please call Chambers at 937-512

1640.

       **IT IS SO ORDERED.**

July 31, 2026                               s/*Michael J. Newman*
                                                   Hon. Michael J. Newman
                                                   United States District Judge

cc:       United States Pretrial Service Office
           Dayton, Ohio

           United States Marshals Service
           Dayton, Ohio