**From:** Melody Buford
**To:** [redacted]
**Subject:** Paul Allen 3:25-cr-00069
**Date:** Thursday, August 13, 2026 1:15:37 PM

**CAUTION - EXTERNAL:**

Dear Judge Newman,

I respectfully write to request that the Court consider appointing new counsel to represent me in this matter.

The attorney currently representing me also represented me in a previous criminal case. During that prior representation, I lost confidence in counsel's ability to represent my interests. I filed motions challenging counsel's effectiveness and seeking his removal, and I also attempted to pursue legal action against him. Because of those prior proceedings, I believe our attorney-client relationship has been irreparably damaged.

As a result of this history, I do not believe I can openly communicate with my attorney or have the trust that is necessary for an effective defense. My concern is not based on a personal disagreement alone, but on the prior adversarial relationship between us, which I believe prevents the level of confidence and communication required to protect my constitutional right to effective assistance of counsel.

I fully respect the Court and understand that the appointment of counsel is within the Court's discretion. I am simply asking that the Court consider whether, under these circumstances, appointing substitute counsel would better serve the interests of justice and ensure that my Sixth Amendment rights are protected.

I respectfully request that the Court conduct a hearing on this matter and consider appointing new counsel to represent me for the remainder of these proceedings.

Thank you for your time and consideration of this request.

Respectfully submitted,

Paul E. Allen

Defendant

Case No. 3:25-cr-00069

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.