**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| Plaintiff | : | Case No.: 3:25-CR-00069 |
| vs. | : | |
| **PAUL ALLEN** | : | **JUDGE** |
| Defendant. | : | |

**MOTION TO WITHDRAW AS COUNSEL**

Dennis A. Lieberman hereby moves this Court to allow him to withdraw as counsel for Paul Allen in the above-referenced matter. The reasons for this Motion are more fully set forth in the Memorandum in Support hereof.

Respectfully submitted,

/s/ Dennis A. Lieberman
Dennis A. Lieberman (0029460)
Flanagan, Lieberman & Rambo
10 North Ludlow Street, Suite 200
Dayton, Ohio 45402
Telephone: (937) 223-5200
E-mail:lieberman@flrlegal.com

**MEMORANDUM IN SUPPORT**

Dennis Lieberman was appointed to represent Paul Allen by this Court. After discovering where Paul Allen was located, counsel attempted to have a video or telephone conversation with Mr. Allen. Finally, on August 10, 2026, Mr. Allen called counsel.

In the conversation, it was discovered by counsel that he had actually been the attorney for Mr. Allen in 1996 when Mr. Allen was convicted of murder for which he is currently on parole. Mr. Allen understandably did not want an attorney who had previously represented him in the murder case to represent him in his current federal case.

Respectfully submitted,

/s/ Dennis A. Lieberman
Dennis A. Lieberman (0029460)
Flanagan, Lieberman & Rambo
10 North Ludlow Street, Suite 200
Dayton, Ohio 45402
Telephone: (937) 223-5200
E-mail:lieberman@flrlegal.com

*Counsel for Defendant Maurice Sallis*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 13, 2026, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system upon counsels of record.

/s/ Dennis A. Lieberman
Dennis A. Lieberman (0029460)